940

No. 1656, Misc.   JACKSON *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1666, Misc.   KELLY ET AL. *v.* UNITED STATES. C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1671, Misc.   GOLD *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.   *Wilbur D. Dersch* for petitioner.

No. 1673, Misc.   DAUGHERTY, AKA DOUGHERTY *v.* CRAVEN, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 1676, Misc.   McEWEN, AKA RAMUS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1677, Misc.   TOVREA *v.* CITY AND COUNTY OF DENVER.   Sup. Ct. Colo.   Certiorari denied.

No. 1679, Misc.   CHARLES *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   *Paul W. Anderson* for petitioner.   *Crawford C. Martin,* Attorney General of Texas, and *Lonny F. Zwiener,* Assistant Attorney General, for respondent.

No. 1680, Misc.   FOSTON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.